UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                          No. 17CR4-LTS

PEDRO JARAMILLO,

        Defendant(s).
-------------------------------------------------------------X

### ORDER

The sentencing scheduled for July 20, 2017, is rescheduled to **July 20, 2017 at 10:00 a.m.** in Courtroom 17C.

Dated:  New York, New York
          June 9, 2017

                                              /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                           United States District Judge