**Roberto L. Pagan, Esq.*** 
**Christina Falcone, Esq.**** 
**Andrew Carroll, Esq.~**                                                                                      Tel. (347)688-4989

*Admitted in the State of New York and the US Commonwealth of Puerto Rico
**Admitted in the State of New York and New Jersey
~Admitted in the State of New Jersey

---

Tuesday, August 08, 2017

Honorable laura Taylor Swain
United States Court
Southern District of New York
500 Pearl Street
New York, NY 10007
**VIA ECF**

Re: United States v. Pedro Jaramillo     17 Cr. 004 (lts)

Hon. Judge Swain:

     As explained earlier today to your Chambers, our client just recently asked us to request additional time for his family and friends to be able to bring letters of support on his behalf to our office. Some of these letters are coming from Peru and will also need to be translated to English. We were able to contact the government yesterday regarding this request and they stated that they would not oppose to a short, two weeks, extension of the deadline to file the sentencing submissions on behalf of the defendant. However, we were not able to contact Chambers or submit the request during regular business hours and we wanted to consult it with your Chambers before submitting the request.

     Therefore, we respectfully request the court to extend the deadline for defendant to file sentencing submission for two weeks, that is, August 22nd, 2017 and, consequently, adjourn the sentencing hearing, currently scheduled for August 15th, 2017 to August 29th, 2017 at an hour convenient to the court or at any other date thereafter as the court may have available.

Respectfully submitted,

/S/Roberto L. Pagan-Lopez, Esq.